UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRANDON SCOTT COLE, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. 2:18-cv-01503-LSC-HNJ |
| JOSEPH HEADLY, Warden, et al., | ) ) ) |
| Respondents. | ) |

## MEMORANDUM OPINION

The magistrate judge entered a report on July 13, 2021, recommending this petition for writ of habeas corpus—filed pursuant to 28 U.S.C. § 2254—be dismissed with prejudice. (Doc. 7). The magistrate judge further recommended a certificate of appealability be denied. (Doc. 7 at 13–14). Although advised of his right to file specific written objections within 14 days, the petitioner has not submitted objections, or any other response, to the court within the prescribed time.

After careful consideration of the record in this case, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. In accordance with the recommendation, the court finds the petition is due to be **DISMISSED WITH PREJUDICE**. A certificate of appealability is due to be denied.

A separate order will be entered.

**DONE** and **ORDERED** on August 11, 2021.

_____
L. Scott Coogler
United States District Judge

160704